IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L. ANDY, LLC, a Pennsylvania limited liability company, | ) ) ) ) | Civil Action No. 18-CV-00143-MRH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Hon. Mark R. Hornak |
| ZING BROTHERS, LLC, a Utah limited liability company, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT

Defendant Zing Brothers, LLC, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff L. Andy, LLC, and upon affidavit that Defendant Zing Brothers, LLC: (i) is indebted to the Plaintiff L. Andy, LLC in the sum of the $675,000.00 principal amount owed, $470.00 in costs, plus contractual interest on the outstanding principal amount totaling $123,697.73 as of June 20, 2018; and (ii) is not a minor or incompetent and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff L. Andy, LLC recover from Defendant Zing Brothers, LLC the total sum of **$799,167.73,** comprised of the principal amount owed, costs, plus contractual interest as itemized above.

_____
Joshua C. Lewis, Clerk of Court

Dated: 6-25-18